# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM SOUSA, AN INDIVIDUAL; AND JUDY SOUSA, AN INDIVIDUAL,
Appellants,
vs.
BRANCH BANKING AND TRUST COMPANY, SUCCESSOR-IN-INTEREST TO COLONIAL BANK BY ACQUISITION OF ASSETS FROM THE FDIC AS RECEIVER FOR COLONIAL BANK, A NORTH CAROLINA BANKING CORPORATION ORGANIZED AND IN GOOD STANDING UNDER THE LAWS OF THE STATE OF NORTH CAROLINA,
Respondent.

No. 67811

FILED

FEB 12 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court judgment in a deficiency action. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Appellants acknowledge that *Munoz v. Branch Banking and Trust Co.*, 131 Nev., Adv. Op. 23, 348 P.3d 689 (2015), controls the resolution of this appeal. Having considered appellants' arguments that this court should reconsider the propriety of the *Munoz* decision, we are not persuaded that reconsideration is warranted. We therefore

ORDER the judgment of the district court AFFIRMED.[1]

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]Respondent's request for NRAP 38 sanctions is denied.

cc:    Hon. Joanna Kishner, District Judge
Stephen E. Haberfeld, Settlement Judge
Foley & Oakes, PC
Wayne A. Silver
Sylvester & Polednak, Ltd.
Law Office of Timothy P. Thomas, LLC
Eighth District Court Clerk